**Form 751deny**[Order Deny Application Installments]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>    Janella Roach and Matthew Abernathy<br>    Debtor(s). | Case No. 24–23889 PH<br><br>Chapter 13 |

## ORDER DENYING FEE APPLICATION IN INSTALLMENTS

The Court having reviewed the Application to Pay Filing Fee in Installments, finds that the Debtor has not paid filing fees in previously–filed cases in full. Therefore, it is hereby

**ORDERED**, that the Application to Pay Filing Fee in Installments is **DENIED**, and it is further

**ORDERED** that the Debtor shall, by August 19, 2024, pay the case filing fee in full.

Dated and Entered on: August 6, 2024

*[signature]*

United States Bankruptcy Judge   (7 – 3)